UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John M. Hudson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>The Brachfeld Law Group, P.C., *a foreign professional corporation*, and LVNV Funding, LLC, *a foreign limited liability company*,<br><br>　　　　Defendants. | CIVIL FILE NO.: 13-CV-00453 (JNE/JJG)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through its undersigned counsel hereby dismisses its Complaint against Defendants with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　**MARSO AND MICHELSON, P.A.**

Dated: April 30, 2013　　　　　　　　By:　s/Patrick L. Hayes
　　　　　　　　　　　　　　　　　　　　Patrick L. Hayes (0389869)
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　3101 Irving Avenue South
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55408
　　　　　　　　　　　　　　　　　　　　Telephone: 612-821-4817
　　　　　　　　　　　　　　　　　　　　phayes@marsomichelson.com